**Opinion issued August 11, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00056-CR

———————————

**ALEX SANANGO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 6**
**Harris County, Texas**
**Trial Court Case No. 1947076**

---

## MEMORANDUM OPINION

Appellant, Alex Sanango, pleaded guilty to the misdemeanor offense of driving while intoxicated. In accordance with Sanango's plea bargain with the State, the trial court sentenced Sanango on December 3, 2015 to three days in the Harris County Jail and imposed a fine of $1,000. Sanango filed a timely notice of appeal.

A supplemental clerk's record has been filed that contains a motion to dismiss the appeal directed to this Court, but filed in the trial court. The motion, filed by appellant's appointed counsel and signed by Sanango, stated that Sanango had decided to dismiss his appeal freely and voluntarily and with full understanding of the consequences. The trial court granted the motion by order signed June 28, 2016.

According to Rule 42.2, motions to dismiss an appeal are to be filed in the appellate court. *See* TEX. R. APP. P. 42.2(a). The motion filed in the trial court is in writing and signed by appellant, as the rule requires. *See id.* The motion was included in the clerk's record which is certified as true and correct by the Harris County District Clerk.

Good cause exists to suspend the operation of Rule 42.2(a) in this case regarding the requirement that a motion to dismiss be filed with the appellate court clerk. *See* TEX. R. APP. P. 2; *Garcia v. State*, No. 01–02–01218–CR, 2003 WL 321549, at *1 (Tex. App.—Houston [1st Dist.] Feb. 13, 2003, no pet.) (suspending requirement for motion to dismiss to be filed in appellate court and dismissing appeal because appellant filed motion to dismiss in trial court and trial court granted it). We have not issued an opinion in this appeal. *See* TEX. R. APP. P. 42.2(b).

Accordingly, we grant the motion and dismiss the appeal. TEX. R. APP. P. 43.2(f). Any pending motions are denied as moot. The Clerk of this Court is directed to issue mandate immediately. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).